IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERESA MESEKE, Personal Representative for the Estate of Anna Sue Leonard, Richard Leonard and Penny Leonard, husband and wife;<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, Will Nix, attorney with Kozeny McCubbin as Trustee for Ocwen Loan Servicing, LLC, a Delaware limited liability company, as Assignee and Beneficiary;<br><br>Defendant. | 4:17CV3069<br><br>ORDER |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No.13)

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims are dismissed without prejudice, the parties to pay their own costs and attorney fees.

October 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge